IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| SUSAN J. SCHOFIELD | : | Case No. 10-20927JKF |
| | : | |
| *Debtors* | : | Chapter 13 |
| | : | Rel to Doc No. 51 |
| SUSAN J. SCHOFIELD | : | |
| *Movant* | : | |
| | : | |
| vs. | : | |
| | : | |
| HSBC BANK USA NA | : | |
| *Respondent* | : | |

**ORDER**

*AND NOW*, this **4th** day of *May, 2011,* an *Objection to Claim* having been filed at Doc No. 51, It is hereby **ORDERED, ADJUDGED and DECREED** that the hearing set for *May 11, 2011* is hereby **CANCELLED** and that the Clerk shall assign the dispute a new adversary number and a summons shall be issued.

_____
Judith K. Fitzgerald        ljm
United States Bankruptcy Judge

Case Administrator to serve:
    Debtor
    Debtor's Counsel
    HSBC