# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: ljel | Date Created: 5/23/2011 |
| Case: 10–20927–JKF | Form ID: 001 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Joseph B. Aguglia, Jr.    jaguglia@verizon.net

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Susan J. Schofield    2520 Beaver Avenue    Monaca, PA 15061

TOTAL: 1